UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Denorris Mahone, III,

    Defendant.
_____/

Case:2:21-cr-20007
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 01-06-2021 At 04:43 PM
INDI USA V. MAHONE III (DA)

Violations:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
**21 U.S.C. § 841(a)(1) - Possession with intent to distribute a controlled substance**

On or about December 6, 2019, in the Eastern District of Michigan, the defendant, Denorris Mahone, III, knowingly and intentionally possessed with intent to distribute Fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT TWO
**18 U.S.C. § 924(c) – Possession of a firearm in furtherance of a drug trafficking crime**

On or about December 6, 2019, in the Eastern District of Michigan,

the defendant, Denorris Mahone, III, knowingly possessed a firearm—an FN, Five-Seven, 5.7 caliber semiautomatic pistol—in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, specifically, possession with intent to distribute a controlled substance as alleged in Count One of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT THREE
## 18 U.S.C. § 922(g)(1) – Felon in possession of a firearm

On or about December 6, 2019, in the Eastern District of Michigan, the defendant, Denorris Mahone, III, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—an FN, Five-Seven, 5.7 caliber semiautomatic pistol—which had previously traveled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c)

The allegations contained in Counts One, Two, and Three, of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Counts Two and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of 18 U.S.C. § 922, or knowing violation of 18 U.S.C. § 924. Upon conviction of the offense charged in Count One of this Indictment, pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States any property constituting, or derived from, proceeds he obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or facilitate the

commission of such violation. The forfeiture in this case may include a forfeiture money judgment.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW ROTH
Chief, Major Crimes Unit

*s/Jessica V. Currie*
JESSICA V. CURRIE
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9531
jessica.currie@usdoj.gov

Dated: January 6, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:21-cr-20007<br>Judge: Drain, Gershwin A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-06-2021 At 04:43 PM<br>INDI USA V. MAHONE III (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: JVC |

**Case Title:** USA v. Denorris Mahone, III

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ✓ Indictment/ ____ Information --- **no** prior complaint.
    ____ Indictment/ ____ Information --- based upon prior complaint [Case number:         ]
    ____ Indictment/ ____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 6, 2021
Date

*/s/ Jessica V. Currie*
Jessica V. Currie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9531
Fax: 313-226-2372
E-Mail address: jessica.currie@usdoj.gov
Attorney Bar #: P74213

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.